# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES WALSH, </br></br>        Plaintiff, </br></br> v. </br></br> HOSTESS BRANDS, INC., JERRY KAMINSKI, ANDREW CALLAHAN, OLU BECK, LAURENCE BODNER, GRETCHEN CRIST, RACHEL CULLEN, HUGH DINEEN, IOANNIS SKOUFALOS, and CRAIG STEENECK, </br></br>        Defendants. | Case No. 1:23-cv-01142-CFC </br></br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: November 13, 2023

**LONG LAW, LLC**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*